JUDGE CROTTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA  :  INDICTMENT

    -v.-

GILBERTO ESTRELLA,  :  **07 CRIM 1117**
    a/k/a Pedro Fana,
    a/k/a David Bolivar-Ceballos,  :
    a/k/a Jose Luis Negron-Molina,

              Defendant.

- - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 0 7 2007

COUNT ONE

The Grand Jury charges:

On or about November 13, 2006, in the Southern District of New York and elsewhere, GILBERTO ESTRELLA, a/k/a Pedro Fana, a/k/a David Bolivar-Ceballos, a/k/a Jose Luis Negron-Molina, the defendant, being an alien, unlawfully, willfully, and knowingly, was found in the United States, after having been deported from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about October 30, 1981, in New York Supreme Court, New York County, for criminal possession of a controlled substance in the third degree, a violation of New York Penal Law 220.16, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____  _____
FOREPERSON  MICHAEL J. GARCIA
                                       United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

- v. -

**GILBERTO ESTRELLA,**

a/k/a Pedro Fana,
a/k/a David Bolivar-Ceballos,
a/k/a Jose Luis Negron-Molina,

**Defendant.**

**INDICTMENT**

07 Cr.

(8 U.S.C. § 1326(a) & (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Douglas Collins*  — Foreperson.

*Post 11/87*

*RC
12/7/07*

*Indictment filed, case assigned to Judge Crotty*

*F Maas, USMJ*