```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :
                                              AFFIRMATION
         -v.-                       :
                                              07 Cr. 1117
GILBERTO ESTRELLA,                  :
a/k/a Pedro Fana,
a/k/a David Bolivar-Ceballos,       :
a/k/a Jose Luis Negron-Molina,
                                    :
              Defendant.
                                    :
- - - - - - - - - - - - - - - - - x
```

SOUTHERN DISTRICT OF NEW YORK, ss:

HOWARD S. MASTER, being duly sworn, deposes and says that he is an Assistant United States Attorney in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York; that he is in charge of the above-entitled matter; that one GILBERTO ESTRELLA, a/k/a Pedro Fana, a/k/a David Bolivar-Ceballos, a/k/a Jose Luis Negron-Molina, now incarcerated at the Five Points Correctional Facility, Romulus, New York, has been charged in an indictment with violating Title 8, United States Code, Sections 1326(a) & (b)(2).

No previous application for similar relief has been made.

WHEREFORE, your deponent respectfully prays that a writ of habeas corpus ad prosequendum issue, directing the Warden of the Five Points Correctional Facility, Romulus, New York, and the

1

United States Marshal for the Southern District of New York to produce the above-named defendant to custody of the warden or the person there in charge, before the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, there to be available for prosecution, as soon as the defendant is available, and after GILBERTO ESTRELLA, a/k/a Pedro Fana, a/k/a David Bolivar-Ceballos, a/k/a Jose Luis Negron-Molina, has been discharged or been convicted and sentenced, to return him to the Five Points Correctional Facility, Romulus, New York.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 1746.

_____
Howard S. Master
Assistant United States Attorney
(212) 637-2248

Dated:   December 12, 2007
         New York, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

GILBERTO ESTRELLA,

a/k/a Pedro Fana,
a/k/a David Bolivar-Ceballos,
a/k/a Jose Luis Negron-Molina,

**Defendant.**

AFFIRMATION IN SUPPORT OF
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

07 Cr. 1117

(Title 18, United States Code,
Sections 1326(a) & (b)(2)).)

MICHAEL J. GARCIA
United States Attorney.