# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

February 4, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2008

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Estrella**
07 Cr. 1117 (PAC)

Dear Judge Crotty:

I write to request a brief adjournment of tomorrow's status conference. The Government joins in this application.

Mr. Estrella is charged with unlawfully reentering the United States after having been previously deported. He intends to plead guilty as charged at the next conference, but I have not yet had an opportunity to fully prepare him for his plea allocution. In addition, the Government needs an additional day to provide Mr. Estrella with a Pimentel letter.

I have spoken with Your Honor's deputy and understand that February 14, 2008 at 2:00 p.m. is a convenient time for the Court. The defense consents to an exclusion of time under the Speedy Trial Act until that date. The additional time is necessary for Mr. Estrella to prepare for his guilty plea, and the exclusion of time serves the interest of justice and outweighs the public's and Mr. Estrella's interest in a speedy trial.

Respectfully submitted,

David Patton
Attorney for Mr. Estrella
(212) 417-8762

cc: Howard Master, Esq.
    Assistant U.S. Attorney

**MEMO ENDORSED**

Application GRANTED. The conference is adjourned to 2/14/08 at 2:00 in Courtroom 20C. It is further that pursuant to 18 U.S.C. 3161 (b) (8) (A), the time from 2/5/08 until 2/14/08 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public is a speedy trial. So Ordered.

SO ORDERED:

Paul Crotty 2/4/08
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

TOTAL P.002