# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
*John J. Byrnes*
*Attorney-in-Charge*

May 13, 2008

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___MAY 1 4 2008___
```

Re:    **United States v. Estrella**
       **07 Cr. 1117 (PAC)**

Dear Judge Crotty:

I write to request a brief adjournment of the sentencing in the above-captioned case. The Government consents to this request.

Mr. Estrella's sentencing is currently scheduled for May 15, 2008 at 2:30 p.m. I have been particularly busy for the past several weeks with trial preparation and have not yet had an opportunity to submit a letter on Mr. Estrella's behalf. I should be able to submit a letter by the end of this week. I have spoken with Your Honor's deputy and understand that May 28, 2008 at 4:30 p.m. is a convenient time for the Court. The Government and the defendant are both available at that time.

Respectfully submitted,

David Patton
Attorney for Mr. Estrella
(212) 417-8762

cc:    Howard Master, Esq.
       Assistant U.S. Attorney

**MEMO ENDORSED**

**MEMO ENDORSED**

Application GRANTED. The sentencing is adjourned to
5 28/08 at 4 : 30 pm in Courtroom 20C.

SO ORDERED: 5/14/08

HON PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE